UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE JANIS L. SAMMARTINO)

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>OCTAVIO ANTONIO GONZALEZ, )<br>)<br>Defendant. )<br>_____ ) | CASE NO.: 22CR1301-JLS<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING AND TRIAL SETTING** |

GOOD CAUSE APPEARING and based on the joint motion of the parties, the Motion Hearing and Trial Setting is continued from August 12, 2022, at 1:30 p.m. to **September 30, 2022, at 1:30 p.m.** For the reasons set forth in the joint motion, it is further ordered that time is excludable from August 12, 2022, to September 30, 2022, in the interest of justice.

**IT IS SO ORDERED.**

Dated: August 2, 2022

                                               *Janis L. Sammartino*
                                               Hon. Janis L. Sammartino
                                               United States District Judge